Stern & Eisenberg, PC
1581 Main Street, Suite 200,
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025
(COUNSEL FOR MOVANT)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     Lynette Downey <br>         Debtor(s) <br> ------------------------------------------------- <br> M&T Bank <br>         Movant <br> v. <br>     Lynette Downey <br>         Debtor(s) | Chapter: 13 <br><br> Bankruptcy Case: 16-13796-REF <br><br> Judge: Richard E. Fehling <br><br> Related Doc. No. 11 |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

    AND NOW, this _____ day of _____, 2017, upon the Objection of M&T Bank to Confirmation of Debtor's Chapter 13 Plan with respect to the real property located at 32 Pinehurst Court, Reading, PA 19607, and it appearing that the parties have resolved said Objection in accordance with the terms of this Order, it is ORDERED AND DECREED that Debtor's Plan shall be subject to the terms of this Order:

1. This Objection is hereby RESOLVED.

2. Paragraph 6 of Debtor's Chapter 13 Plan is amended to state that the total amount of M&T Bank's secured claim is $54,964.71 (s*ee* Claim 3-1), and that Debtor shall make regular monthly payments to M&T Bank in accordance with the requirements of the mortgage and note (s*ee* Claim 3-1), subject to any and all payment change notices under Rule 3002.1.

3. The remainder of Debtor's Chapter 13 Plan shall be unaffected by the contents of this Consent Order.

Date: **March 3, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE

The parties hereby agree to the terms of this Order and that facsimile and/or electronic signatures shall be as valid and binding as original signatures.

/s/ William E. Miller
William E. Miller, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200,
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025
Email: wmiller@sterneisenberg.com
Counsel for M&T Bank
Date: February 8, 2017

Joseph T. Bambrick Jr., Esquire
529 Reading Avenue, Suite K
West Reading, PA 19611
(610) 372-6400
Email: NO1JTB@juno.com
Counsel for Lynette Downey
Date:

Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606
Date: