United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-13796-ref
Lynette Downey                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: Lisa              Page 1 of 1              Date Rcvd: Mar 03, 2017
                                Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2017.
db          +Lynette Downey,    32 Pinehurst Court,    Reading, PA 19607-3408
cr          +M&T Bank,   Stern & Eisenberg, PC,   1581 Main Street,    Suite 200,    Warrington, PA 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: rmscedi@recoverycorp.com Mar 04 2017 01:44:22      The Bureaus, Inc.,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Lynette  Downey NO1JTB@juno.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor   M&T Bank wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                              TOTAL: 6

Stern & Eisenberg, PC
1581 Main Street, Suite 200,
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025
(COUNSEL FOR MOVANT)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Lynette Downey<br>        Debtor(s)<br>------------------------------------------------------<br>M&T Bank<br>        Movant<br>v.<br>    Lynette Downey<br>        Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 16-13796-REF<br><br>Judge: Richard E. Fehling<br><br>Related Doc. No. 11 |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

AND NOW, this _____ day of _____, 2017, upon the Objection of M&T Bank to Confirmation of Debtor's Chapter 13 Plan with respect to the real property located at 32 Pinehurst Court, Reading, PA 19607, and it appearing that the parties have resolved said Objection in accordance with the terms of this Order, it is ORDERED AND DECREED that Debtor's Plan shall be subject to the terms of this Order:

1. This Objection is hereby RESOLVED.

2. Paragraph 6 of Debtor's Chapter 13 Plan is amended to state that the total amount of M&T Bank's secured claim is $54,964.71 (s*ee* Claim 3-1), and that Debtor shall make regular monthly payments to M&T Bank in accordance with the requirements of the mortgage and note (s*ee* Claim 3-1), subject to any and all payment change notices under Rule 3002.1.

3. The remainder of Debtor's Chapter 13 Plan shall be unaffected by the contents of this Consent Order.

**Date: March 3, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE

The parties hereby agree to the terms of this Order and that facsimile and/or electronic signatures shall be as valid and binding as original signatures.

/s/ William E. Miller
William E. Miller, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200,
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025
Email: wmiller@sterneisenberg.com
Counsel for M&T Bank
Date: February 8, 2017

Joseph T. Bambrick Jr., Esquire
529 Reading Avenue, Suite K
West Reading, PA 19611
(610) 372-6400
Email: NO1JTB@juno.com
Counsel for Lynette Downey
Date:

Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606
Date: