IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    LYNETTE DOWNEY,    :    Case No. 16-13796 REF
        Debtor,    :    Chapter 13

# O R D E R

*AND NOW*, upon consideration of the Initial Application for Compensation and Reimbursement of Expenses requesting fees in the amount of $2,666.00, $665.00 of which was paid pre-petition, and reimbursement expenses in the amount of $0.00, the Application for Compensation and Reimbursement of Expenses is ***GRANTED,*** and the amount of compensation is ***APPROVED***.

BY THE COURT,

**Date: March 21, 2017**

_____
**RICHARD FEHLING,**
**U.S. BANKRUPTCY JUDGE**