## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lynette Downey<br>　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)<br>　　　　　　Movant<br>　　vs.<br>Lynette Downey<br>　　　　　　Debtor(s)<br>Frederick L. Reigle<br>　　　　　　Trustee | NO. 16-13796 REF<br><br>11 U.S.C. Section 362 |

## **ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 32 Pinehurst Court, Reading, PA 19607 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage.

**Date: February 26, 2018**

_____
United States Bankruptcy Judge