United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13796-ref
Lynette Downey                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith          Page 1 of 1          Date Rcvd: Feb 26, 2018
                             Form ID: pdf900       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2018.
db             +Lynette Downey,   32 Pinehurst Court,   Reading, PA 19607-3408
cr             +M&T Bank,   Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,   Warrington, PA 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Feb 27 2018 08:51:40      The Bureaus, Inc.,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
                                                                                            TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JOSEPH T. BAMBRICK, JR.   on behalf of Debtor Lynette  Downey NO1JTB@juno.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   U.S. Bank National Association
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association KMcDonald@blankrome.com
          LEON P. HALLER   on behalf of Creditor   U.S. Bank National Association lhaller@pkh.com,
          dmaurer@pkh.com;mgutshall@pkh.com
          LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD MILLER   on behalf of Creditor   M&T Bank wmiller@sterneisenberg.com,
          bkecf@sterneisenberg.com
                                                                                            TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Lynette Downey | |
| Debtor(s) | CHAPTER 13 |
| | |
| U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) | |
| Movant | NO. 16-13796 REF |
| vs. | |
| | |
| Lynette Downey | |
| Debtor(s) | |
| | 11 U.S.C. Section 362 |
| Frederick L. Reigle | |
| Trustee | |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 32 Pinehurst Court, Reading, PA 19607 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage.

**Date: February 26, 2018**

_____
United States Bankruptcy Judge