## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Lynette Downey,           Bankruptcy No. 16-13796-ref
        Debtor          Chapter 13

### ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the Debtor, Lynette Downey in the above matter.

*[signature]*
Brenna H. Mendelsohn, Esquire
637 Walnut Street
Reading, PA 19601
(610) 374-8088

### WITHDRAWAL OF APPEARANCE

TO THE CLERK:

    Kindly withdraw my appearance from the above-captioned case, pursuant to Pennsylvania Eastern District Local Bankruptcy Rule 2091-1.

*[signature]*
Joseph Bambrick, Esquire
529 Reading Avenue
West Reading, PA 19611
(610) 372-6400