Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA
# (READING)

| IN RE:<br><br>    LYNETTE DOWNEY<br>          DEBTORS | CHAPTER 13<br><br>CASE NUMBER: 16-13796-REF |
|---|---|

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

M&T Bank has filed with the Court a Motion for Relief from the Automatic Stay under 11 USC §362(d) in order to proceed with its rights under non-bankruptcy law with regard to the Property, located at 32 Pinehurst Court, Reading, PA 19607.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **September 4, 2018**, you or your attorney must do all of the following:

(a) file an answer explaining your position with the Clerk's Office located at:

Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

| In Philadelphia: | In Reading: |
|---|---|
| 900 Market Street, Suite 400<br>Philadelphia, PA 19107-4299 | 400 Washington Street<br>The Madison Building, Suite 300<br>Reading, PA 19601 |

If you mail your answer to the Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to movant's attorney:

>Christopher M. McMonagle, Esq.
>Stern & Eisenberg, PC
>1581 Main Street, Suite 200
>The Shops at Valley Square
>Warrington, PA 18976
>Telephone: (215) 572-8111
>Facsimile: (215) 572-5025
>cmcmonagle@sterneisenberg.com

and to the Trustee:

>William C. Miller
>Ch. 13 Trustee
>2901 St. Lawrence Avenue
>P.O. Box 4010
>Reading, PA 19606

2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in this motion.

3.     A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on **September 13, 2018 at 9:30 AM** in Courtroom 301, United States Bankruptcy Court, The Madison Building, Reading, PA 19601.

4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.     You may contact the Bankruptcy Clerk's office at (610) 208-5030 to find out whether the hearing has been canceled because no one filed an answer.

>STERN & EISENBERG, PC

>By: /s/ Christopher M. McMonagle, Esq.
>Christopher M. McMonagle, Esq.,
>1581 Main Street, Suite 200
>The Shops at Valley Square
>Warrington, PA 18976
>Phone: (215) 572-8111
>Fax: (215) 572-5025
>Bar Number: 316043
>Email: cmcmonagle@sterneisenberg.com

Date: August 21, 2018