Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    LYNETTE DOWNEY<br>                DEBTOR | CHAPTER: 13 |
| M&T BANK<br>          MOVANT<br>V.<br>LYNETTE DOWNEY<br>          DEBTOR | BANKRUPTCY CASE: 16-13796-REF<br><br>JUDGE: RICHARD E.FEHLING |

**ORDER APPROVING STIPULATION/CONSENT ORDER**

    AND NOW, upon consideration of the Stipulation between Debtor and M&T Bank, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

**Date: September 9, 2018**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE