United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-13796-ref
Lynette Downey                                                      Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: dlv              Page 1 of 1         Date Rcvd: Sep 10, 2018
                       Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2018.
db         +Lynette Downey,   32 Pinehurst Court,   Reading, PA 19607-3408
cr         +M&T Bank,   Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,   Warrington, PA 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/PDF: rmscedi@recoverycorp.com Sep 11 2018 02:12:30    The Bureaus, Inc.,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Lynette  Downey tobykmendelsohn@comcast.net
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Lynette  Downey NO1JTB@juno.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    M&T Bank wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                              TOTAL: 10

Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　　LYNETTE DOWNEY<br>　　　　　　DEBTOR | CHAPTER: 13 |
| M&T BANK<br>　　　　　　MOVANT<br>V.<br>LYNETTE DOWNEY<br>　　　　　　DEBTOR | BANKRUPTCY CASE: 16-13796-REF<br><br>JUDGE: RICHARD E. FEHLING |

**ORDER APPROVING STIPULATION/CONSENT ORDER**

　　AND NOW, upon consideration of the Stipulation between Debtor and M&T Bank, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

**Date: September 9, 2018**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE