United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lynette Downey  
      Debtor

Case No. 16-13796-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith    Page 1 of 1    Date Rcvd: Oct 23, 2018  
                 Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2018.
```
db             +Lynette Downey,    32 Pinehurst Court,    Reading, PA 19607-3408
cr             +M&T Bank,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,    Warrington, PA 18976-3400
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 24 2018 02:21:16      The Bureaus, Inc.,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
```
                                                                                                                                                      TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2018 at the address(es) listed below:
```
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Lynette  Downey tobykmendelsohn@comcast.net
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    M&T Bank wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
```
                                                                                                                                                   TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:  Lynette Downey** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | |
| | : | **Bankruptcy No. 16-13796-ref** |
| | : | |

## ORDER

    AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

    IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $3,000.00 as legal fees from 7/27/18-9/29/18.

BY THE COURT

**Date: October 23, 2018**

_____

Richard E. Fehling
U.S. Bankruptcy Judge