# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lynette Downey<br>　　　　　　　　Debtor<br><br>U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)<br>　　　　　　　v.<br>Lynette Downey<br>　　　　　　　and<br>Scott Waterman Esq.<br>　　　　　　　　Trustee | Chapter 13<br><br><br>NO. 16-13796 REF |

## ORDER

AND NOW, this         day of           , 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on October 22, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) and its successor in title to proceed with its state court remedies regarding the premises 32 Pinehurst Court Reading, PA 19607.

**Date: March 29, 2019**

_____
United States Bankruptcy Judge.

cc: See attached service list