United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lynette Downey  
    Debtor

Case No. 16-13796-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Antoinett    Page 1 of 1    Date Rcvd: Jul 25, 2019  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.  
db          +Lynette Downey, 32 Pinehurst Court, Reading, PA 19607-3408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2019 at the address(es) listed below:  
       BRENNA HOPE MENDELSOHN    on behalf of Debtor Lynette Downey tobykmendelsohn@comcast.net  
       CHRISTOPHER M. MCMONAGLE    on behalf of Creditor M&T Bank cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
       DANIEL P. JONES    on behalf of Creditor M&T Bank djones@sterneisenberg.com, bkecf@sterneisenberg.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor U.S. Bank National Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       KEVIN G. MCDONALD    on behalf of Creditor U.S. Bank National Association bkgroup@kmllawgroup.com  
       LEON P. HALLER    on behalf of Creditor U.S. Bank National Association lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
       LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com  
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM EDWARD MILLER    on behalf of Creditor M&T Bank wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
                            TOTAL: 11

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Lynette Downey<br>        Debtor.<br><br>M&T Bank<br>        Creditor/Movant<br>v.<br><br>Lynette Downey, Debtor,<br>Scott F. Waterman, Trustee,<br>        Respondents. | Chapter 13<br><br>Bankruptcy Case: 16-13796-amc<br><br>Judge: Ashely M. Chan |

**O R D E R**

AND NOW, this ____ day of _____, 20___ upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of M&T Bank and any successor in interest and Debtor, Lynette Downey, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow M&T Bank and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"): *32 Pinehurst Court, Reading, PA 19607*.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

**Date: July 25, 2019**

_____
UNITED STATES BANKRUPTCY JUDGE